UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

        Plaintiff,

-v-

LENDINGCLUB CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This Action has been referred to the undersigned for general pretrial supervision and to issue a Report and Recommendation concerning dispositive motions. (ECF No. 8). On July 12, 2021, Defendant Lendingclub Corporation moved for a more definite statement under Federal Rule of Civil Procedure 12(e) (the "Motion"). (ECF No. 6).

Accordingly, a Telephone Conference concerning the Motion and Plaintiff's response is scheduled for **Wednesday, July 21, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Defendants are directed to serve a copy of this order on Plaintiff and to file proof of service by no later than **Friday, July 16, 2021**.

Dated:     New York, New York
            July 14, 2021

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge