# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3682
klyons@jonesday.com

July 16, 2021

**VIA ECF**
Hon. Sarah L Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Raymond Swainson v. Lendingclub Corporation, et al.,* Case No. 1:21-cv-05379-GHW-SLC (S.D.N.Y.)

Dear Judge Cave:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request an adjournment of the pretrial conference currently scheduled for July 21, 2021 at 2:00 P.M.

Counsel for Experian will be out of the office on July 21, 2021 with limited access to email and phone. Experian respectfully requests that the Court reschedule the pretrial conference for July 28, 2021 at 2:00 P.M.

There have been no prior extensions or adjournments of conference dates in this matter, and all parties consent to Experian's adjournment request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Kayasha B. Lyons*
Kayasha B. Lyons

---

Defendant Experian Information Solutions, Inc.'s letter-motion requesting an adjournment of the July 21, 2021 Telephone Conference (ECF No. 10) is GRANTED, and the conference is ADJOURNED to **Thursday, July 29, 2021, at 2:30 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Defendant is directed to serve a copy of this order on Plaintiff and to file proof of service by no later than **Wednesday, July 21, 2021**. If practicable, Defendant should also contact Plaintiff by telephone or email to advise him of this adjournment.

The Clerk of Court is respectfully directed to close ECF No. 10.

SO ORDERED 7/20/2021

SARAH L. CAVE
United States Magistrate Judge

---

MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON