UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                Plaintiff,

-v-

LENDINGCLUB CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, July 29, 2021, the Court orders as follows.

1. Plaintiff Raymond Swainson ("Mr. Swainson") shall file proof of service of his original Complaint (ECF No. 1-1 at 2–3) on Defendants TransUnion LLC ("TransUnion") and Equifax Information Services LLC ("Equifax") by **Monday, August 2, 2021**.

2. Mr. Swainson shall file his Amended Complaint by **Thursday, August 5, 2021**. The Amended Complaint should set forth his factual allegations in greater detail. Mr. Swainson shall serve a copy of the Amended Complaint along with summonses on Defendants TransUnion and Equifax and file proof of such service.

3. Defendants LendingClub Corporation ("LendingClub") and Experian Information Solutions, Inc. ("Experian") shall answer, move against, or otherwise respond to the Amended Complaint by **Thursday, August 26, 2021**.

4. On receiving Mr. Swainson's proof of service of the Amended Complaint and summonses on Defendants TransUnion and Equifax, the Court will issue an order

setting the deadline for them to answer, move, or otherwise respond to the Amended Complaint.

5. Defendant LendingClub's Motion for a More Definite Statement (ECF No. 6) is DENIED WITHOUT PREJUDICE in light of Mr. Swainson's anticipated filing of an Amended Complaint, to which LendingClub consented.

6. Defendant LendingClub's letter-motions (i) for an extension of time to answer or otherwise respond to the Complaint (ECF No. 4); and (ii) for leave to file an answer (ECF No. 14) are DENIED WITHOUT PREJUDICE in light of this Order.

7. The Court will reassess whether to schedule a Settlement Conference after all Defendants have appeared and responded to the Amended Complaint. The parties may jointly request a Settlement Conference at any time.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Swainson at the address below and to close ECF Nos. 4, 6, and 14.

Dated: New York, New York
July 29, 2021

Mail To: Raymond Swainson
49 East 21st Street, Apt. 10D
New York, New York 10010-6274

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge