# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3682
klyons@jonesday.com

October 8, 2021

VIA ECF
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Raymond Swainson v. Lendingclub Corporation, et al.,*
Case No. 1:21-cv-05379-GHW-SLC (S.D.N.Y.)
Letter Request for Extension of Time to File Stipulation of Dismissal

Dear Judge Cave:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request a 30-day extension to file a Stipulation of Dismissal in the above-captioned action, until November 11, 2021.

The current deadline for Experian and Plaintiff Raymond Swainson ("Plaintiff") (together, the "Parties") to file a Stipulation of Dismissal is October 12, 2021. The Parties believe that an extension until November 11, 2021 will afford Experian and Plaintiff ample time to work through the terms of settlement and finalize the settlement agreement. Plaintiff has consented to this request. There have been no other requests for an extension regarding the Stipulation of Dismissal.

Defendant Experian Information Solutions, Inc.'s ("Experian") letter-motion requesting a 30-day extension of the deadline to file a Stipulation of Dismissal (ECF No. 36) is GRANTED, and the deadline is EXTENDED until **Friday, November 12, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 36.

SO ORDERED 10/12/2021

Respectfully submitted,

*/s/ Kayasha B. Lyons*
Kayasha B. Lyons

SARAH L. CAVE
United States Magistrate Judge

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON