UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                 Plaintiff,

-v-

LENDINGCLUB CORPORATION, et al.,

                 Defendants.

CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 28, 2021, Defendant Trans Union, LLC ("Trans Union") served on Plaintiff pro se Raymond Swainson a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 45 at 3 (the "Motion")). On the same date, accompanying the Motion, Trans Union served on Plaintiff a Notice pursuant to Local Rule 12.1, which warned in part that "THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION ON TIME[.]"  S.D.N.Y. Local Rule 12.1.  Plaintiff did not oppose the Motion at any time, nor did Plaintiff request an extension of time to do so.

Accordingly, and in light of Plaintiff's status as an unrepresented litigant, the Court EXTENDS his deadline to oppose the Motion, nunc pro tunc, to **Tuesday, February 22, 2022**.  The Court cautions Plaintiff that failure to respond to the Motion may result in the Court treating it as unopposed.

Plaintiff is also reminded that the Southern District of New York's web page for unrepresented litigants contains resources that may be of assistance to him. https://www.nysd.uscourts.gov/prose.

The Clerk of Court is respectfully directed to mail a copy of: (i) this Order, and (ii) the Motion and accompanying Memorandum of Law (ECF Nos. 45–46) to Mr. Swainson at the address below.

Dated: New York, New York
January 25, 2022

Mail To: Raymond Swainson
49 East 21st Street, Apt. 10D
New York, New York 10010-6274

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge