UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| RAYMOND SWAINSON,<br><br>Plaintiff,<br><br>vs.<br><br>LENDINGCLUB CORPORATION; TRANSUNION LLC; EXPERIAN; and EQUIFAX INFORMATION SERVICES LLC;<br><br>Defendants. | CASE NO. 1:21-cv-05379-GHW-SLC<br>ECF Case<br><br><br><br>**MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF DANIEL F. ROTHENBERG** |

Comes now undersigned counsel for Defendant Trans Union, LLC ("Trans Union"), and hereby requests that the Court withdraw his *pro hac vice* admission as undersigned counsel is no longer handling this case and is not asserting a lien. Trans Union will continue to be represented in this matter by Camille R. Nicodemus, Esq. of the law firm of Schuckit & Associates, P.C. Trans Union currently has pending a fully-briefed Motion to Dismiss Plaintiff's Amended Complaint. See Doc. No. 45. No dates or deadlines have been set by the Court.

Date: May 12, 2022

Respectfully submitted,

*/s/ Daniel F. Rothenberg*
Daniel F. Rothenberg, Esq.
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  drothenberg@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

---

Attorney Daniel F. Rothenberg's motion to withdraw as counsel for Defendant Trans Union, LLC (ECF No. 52) is GRANTED. The Clerk of Court is respectfully directed to close ECF No. 52 and terminate Mr. Rothenberg as counsel for Trans Union, LLC.

05/13/2022 SO ORDERED

*[signature]*
SARAH L. CAVE
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **12th day of May, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Althea Daley, Esq. daleya@ballardspahr.com | Camille R. Nicodemus, Esq. cnicodemus@schuckitlaw.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **12th day of May, 2022**, properly addressed as follows:

| **Pro Se Plaintiff** Raymond Swainson 49 E. 21st Street, Apt. 10D New York, NY  10010 rayswainson@gmail.com | |
|---|---|

/s/ Daniel F. Rothenberg
Daniel F. Rothenberg, Esq.
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  drothenberg@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*