UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

LENDINGCLUB CORPORATION, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Initial Case Management Conference scheduled for Thursday, October 20, 2022 at 10:00 a.m. is ADJOURNED to **Tuesday, October 18, 2022 at 3:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the Court's Order Scheduling Initial Case Management Conference dated September 9, 2022 (ECF No. 72) remain in full effect.

Dated:     New York, New York
            September 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**