UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

LENDINGCLUB CORPORATION, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On September 26, 2022, the Court scheduled the Initial Case Management Conference for **Tuesday, October 18, 2022 at 3:00 p.m.** on the Court's conference line. (ECF No. 74). The parties were directed to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Proposed CMP"), via ECF, no later than one week (seven (7) calendar days) before the conference. (ECF Nos. 72; 74). To date, the parties have failed to file the CMP. Accordingly, by **Thursday, October 13, 2022**, the parties shall file the Proposed CMP.

Dated:      New York, New York
             October 12, 2022

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**