UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                              Plaintiff,

           -v-

LENDINGCLUB CORPORATION, et al.,

                              Defendants.

CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 14, 2022, the Court directed the parties to file a joint letter  by December 14, 2022 advising the Court of:  (i) the status of settlement discussions, and (ii) whether there is interest in scheduling a settlement conference with the Court (the "Letter"). (ECF No. 82).   To date, the parties have not filed the Letter.   Accordingly, by **Wednesday, December 21, 2022**, the parties shall file the Letter.

Dated:       New York, New York
             December 15, 2022

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**