UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                Plaintiff,

-v-

LENDINGCLUB CORPORATION, et al.,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 5379 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 14, 2023, the Court directed the parties to file by March 28, 2023 a stipulation of dismissal for review and endorsement by the Honorable Gregory H. Woods (the "Stipulation"). (ECF No. 96). To date, the parties have not filed the Stipulation. Accordingly, by **Wednesday, April 5, 2023**, the parties shall file the Stipulation.

Dated:     New York, New York
            March 29, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**